UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACQUELINE MARIE WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00364-KMB-TWP |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

SO ORDERED.

Date: 9/28/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Roger A.G. Sharpe, Clerk

BY: *Denise M Brown*

Deputy Clerk, U.S. District Court


Distribution:

All ECF-registered counsel of record via email